**Order filed September 20, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-01085-CV
_____

**BENNETT BRYANT, AKA BENNETT BERNARD BRYANT, ET AL, Appellant**

**V.**

**HARRIS COUNTY, ET AL, Appellees**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-09420**

---

## O R D E R

Appellant's brief was due September 6, 2016. No brief or motion for extension of time has been filed. Unless appellant files a brief with this court on or before **October 6, 2016**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM